Warrant for Arrest

KEG 29312-016

# UNITED STATES DISTRICT COURT

__Middle__ District of __Georgia__

0820-0214-074-J
F ID #1448926

UNITED STATES OF AMERICA

V.

GAVIN MARSHALL

**FILED**
APR 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WARRANT FOR ARREST

Case Number: 5:08-CR-00008-003 (HL)

08-261-M-02

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____GAVIN MARSHALL_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment     ☐ Information     ☐ Complaint     ☐ Order of Court

☐ Violation Notice     ☐ Probation Violation Petition

charging him or her with   (brief description of offense)

Conspiracy i/c/w the purchase and acquisition of firearms from federally licensed firearms dealers

in violation of Title ____18____ United States Code, Section(s) ____371____

| Gregory J. Leonard | Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ Charlene A. Lunsford, Deputy Clerk | February 13, 2008  Macon, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED  15 Apr 08 | NAME AND TITLE OF ARRESTING OFFICER  Reporting | SIGNATURE OF ARRESTING OFFICER  Reporting |
|---|---|---|
| DATE OF ARREST  15 Apr 08 | DUSM Robert Byers | Byers, Robert |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

## INDICTMENT COVER AND INFORMATION SHEET   08-261-M-02

SEALED ☐   UNSEALED ☒

UNITED STATES OF AMERICA

vs.

**GAVIN MARSHALL**

CRIMINAL NO. 5:08-CR-8-HL

COUNTY: **Bibb**

Return Date: _____   AUSA: **MICHAEL T. SOLIS**
Agency: **ATF** _____   Agent: **TOM GRECO**

OCDETF Case   ☐ YES   ☒ NO   IF YES, OCDETF CASE NO. _____

A.  Clerk Issue:   Summons ☐   Warrant ☒

   NOTE:   ISSUE ALL ORIGINAL ARREST WARRANTS TO U.S. MARSHAL, MDGA, ONLY. THE CLERK SHALL NOT ISSUE COPIES OF ARRESTS WARRANTS, WHETHER CERTIFIED OR NOT, TO ANY LAW ENFORCEMENT AGENCY. ANY LAW ENFORCEMENT AGENCY IN NEED OF COPIES SHALL OBTAIN THEM FROM THE U.S. MARSHAL'S OFFICE.

B.  Warrant(s) to be executed by:
    U.S. Marshal ☒   Other ☐   Specify: _____

C.  Information for arresting officer:
    1.  Are state or local charges pending on this defendant for the same offense charged in this indictment?
        ☐ YES   ☐ NO   ☒ UNKNOWN
        If yes, was defendant previously arrested on the state and local charges for the same offense?
        ☐ YES   ☐ NO   ☒ UNKNOWN
        If yes, is defendant still in custody?
        ☐ YES   ☐ NO   ☒ UNKNOWN
        If yes, where is defendant incarcerated? _____

    2.  Attorney for defendant (if any):
        Name: _____
        Address: _____
        Telephone: _____

D.  Assistant United States Attorney's recommendation for bond:
    Amount: _____

E. Has a court appearance been scheduled?
   If yes, date and time: _____

F. Identifying data of defendant:
   Sex:        **Male**                Height:        ___
   Race:           _                   Weight:        ___
   DOB:            _                   Hair:          ___
   SSN:            _                   Eyes:          ___
   State ID:       _                   FBI #:         ___

   History of violence?            ☐ YES    ☐ NO    ☒ UNKNOWN
   History of mental problems:     ☐ YES    ☐ NO    ☒ UNKNOWN
   History of medical problems?    ☐ YES    ☐ NO    ☒ UNKNOWN
   If yes, what type of medical? _____   _____
   Last known address: _____

G. Action requested from U.S. Marshal's Service:
   ☒ Request USMS make **NCIC** entry
   ☐ Refer apprehension responsibility to USMS
   ☒ Request joint apprehension
   ☐ Agency will arrest **without** USMS assistance
   ☐ Voluntary surrender in lieu of arrest (All coordination **must** be accomplished through the Marshal's Service)

_____          2/5/08
MICHAEL T. SOLIS, AUSA                     DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

08-261-M-02

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. 5:08-CR- 8 -HL |
| ) | |
| v. ) | VIOLATION: 18 U.S.C. § 371 |
| ) | CONSPIRACY |
| HANNIBAL BATTLE a/k/a "SMOKE" ) | |
| QUENTON HART a/k/a "Q-BALL" ) | |
| GAVIN MARSHALL a/k/a "GHOST" ) | |
| DARREN SANDIFER ) | 18 U.S.C. § 922(a)(6) |
| and ) | FALSE STATEMENTS |
| KEVIN WOODLAND ) | TO PURCHASE |
| _____) | FIREARMS |

THE GRAND JURY CHARGES:

**FILED**
APR 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**COUNT ONE**
**(CONSPIRACY)**

**A.   The Conspiracy**

1.   Beginning on or about January 12, 2007, and continuing thereafter until about February 16, 2007, the exact dates being unknown to the Grand Jury, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendants herein,

**HANNIBAL BATTLE a/k/a "SMOKE,"**
**QUENTON HART a/k/a "Q-BALL,"**
**GAVIN MARSHALL a/k/a "GHOST,"**
**DARREN SANDIFER,**
**and**
**KEVIN WOODLAND,**

aided and abetted by each other and by other unindicted co-conspirators known and unknown to the Grand Jury, knowingly combined, conspired, confederated and agreed together and with each other:

2. To, in connection with the purchase and acquisition of firearms from federally licensed firearms dealers, knowingly make, and cause the making of, false and fictitious written statements regarding who was the true buyer and true purchaser of all of the firearms purchased, which statements were intended and likely to deceive said dealers with respect to facts material to the lawfulness of the sale of the firearms in violation of Title 18, United States Code, Section 922(a)(6);

3. The primary purpose of the conspiracy was to make money by illegally buying firearms in the State of Georgia and transporting the firearms to the District of Columbia and State of Maryland for sale.

**B.    Overt Acts**

4. In furtherance of the conspiracy and to effect the objects thereof, the defendants and their unindicted co-conspirators committed the below listed transactions on the dates and at the locations noted:

| DATE PURCHASED | PURCHASER | DEALER | FIREARMS PURCHASED | LOCATION OF SALE |
|---|---|---|---|---|
| 01/15/07 | Hannibal Battle | Macon Pawn and Gun, Macon, GA | a. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X746239<br>b. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X747148<br>c. Hi-Point, Model C. 9mm semiauotmatic pistol, serial number P1337637 | Macon, GA |

| DATE PURCHASED | PURCHASER | DEALER | FIREARMS PURCHASED | LOCATION OF SALE |
|---|---|---|---|---|
| 01/27/07 | Hannibal Battle | Macon Pawn and Gun, Macon, GA | a. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X748729<br>b. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X746237<br>c. Smith & Wesson, Model Sigma .40 caliber semiautomatic pistol, serial number PBT6748<br>d. Masterpiece Arms, Model MPA30 9mm semiautomatic pistol, serial number B3286 | Macon, GA |
| 02/03/07 | Darren Sandifer | Pawn Max, Macon, GA | a. Cobra, Model FS-380, .380 caliber semiautomatic pistol, serial number FS018092<br>b. Cobra, Model FS-380, .380 caliber semiautomatic pistol, serial number FS016517<br>c. Ruger, Model P95, 9mm semiautomatic pistol, serial number 311-41119<br>d. Taurus, Model PT 140 .40 caliber semiautomatic pistol, serial number SSL57349 | Macon, GA |
| 02/03/07 | Darren Sandifer | Howard's Pawn, Macon, GA | a. HiPoint, Model C9, 9mm semiautomatic pistol, serial number P1315665<br>b. HiPoint, Model C9, 9mm semiautomatic pistol, serial number P1298288<br>c. HiPoint, Model CF380, .380 caliber semiautomatic pistol, serial number P855498<br>d. iPoint, Model CF380, .380 caliber semiautomatic pistol, serial number P855912<br>e. HiPoint, Model C9, 9mm semiautomatic pistol, serial number P1315666<br>f. Romarm/Cugir, 7.62 rifle, serial number AP-3230-68 | Macon, GA |

| DATE PURCHASED | PURCHASER | DEALER | FIREARMS PURCHASED | LOCATION OF SALE |
|---|---|---|---|---|
| 02/06/07 | Hannibal Battle | Macon Pawn and Gun, Macon, GA | a. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X748965<br>b. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X748635<br>c. Smith & Wesson, Model Sigma 9mm semiautomatic pistol, serial number PDN0618<br>d. Smith & Wesson, Model Sigma 9mm semiautomatic pistol, serial number TBP3731<br>e. Weihrauch-Hermann, .38 caliber revolver, serial number 1063002<br>f. Cobra, Model CA-380, .380 caliber semiautomatic pistol, serial number CP030187<br>g. Cobra, Model FS-380, .380 caliber semiautomatic pistol, serial number CP030176<br>h. Masterpiece Arms, Model MPA30 9mm semiautomatic pistol, serial number F1440 | Macon, GA |
| 02/10/07 | Hannibal Battle | Macon Pawn and Gun, Macon, GA | a. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X748966<br>b. Taurus, Model PT24/7, .45 caliber semiautomatic pistol, serial number NXL43908<br>c. Smith & Wesson, Model Sigma .40 caliber semiautomatic pistol, serial number PDW6869<br>d. Taurus, Model PT140, .40 caliber semiautomatic pistol, serial number SZL54648<br>e. Masterpiece Arms, Model MPA30 9mm semiautomatic pistol, serial number F1441<br>f. Masterpiece Arms, Model MPA30 9mm semiautomatic pistol, serial number B4077<br>g. Cobra, Model CA-380, .380 caliber semiautomatic pistol, serial number CP030058 | Macon, GA |

| DATE PURCHASED | PURCHASER | DEALER | FIREARMS PURCHASED | LOCATION OF SALE |
|---|---|---|---|---|
| 02/15/07 | Hannibal Battle | Macon Pawn and Gun, Macon, GA | a. Masterpiece Arms, Model MPA30 9mm semiautomatic pistol, serial number F1494<br>b. Masterpiece Arms, Model M10 .45 caliber semiautomatic pistol, serial number A4208 | Macon, GA |

5. On or about the dates mentioned above, defendants **HANNIBAL BATTLE a/k/a "SMOKE" and DARREN SANDIFER** and others purchased the semiautomatic pistols mentioned above from the above-mentioned Federal Firearms Licensee.

6. **HANNIBAL BATTLE a/k/a "SMOKE" and DARREN SANDIFER** and others executed an ATF 4473 Firearms Transaction Record on each date mentioned for the purchase of the firearms.

7. In the aforesaid ATF 4473 Firearms Transaction Records, each coconspirator stated that he was the true purchaser and buyer of the above listed firearms.

8. **QUENTON HART a/k/a "Q-BALL"** recruited **HANNIBAL BATTLE a/k/a "SMOKE" and DARREN SANDIFER** for the express purpose of purchasing firearms for **GAVIN MARSHALL a/k/a "GHOST" and KEVIN WOODLAND** so that the firearms could be transported to the District of Columbia and its suburbs in the State of Maryland.

8. The defendants and their coconspirators purchased the firearms with funds provided by **GAVIN MARSHALL a/k/a "GHOST"** and others.

9. Each of the defendants and conspirators knew and had reason to believe that the purpose of the purchases was to transport the firearms to District of Columbia and its suburbs in the State of Maryland and sell them without a Federal Firearms License.

10. **GAVIN MARSHALL a/k/a "GHOST" and KEVIN WOODLAND** paid the other

coconspirators for purchasing their portions of the firearms.

11.  In Counts Two through Eleven hereinafter, these acts are realleged and made a part of this Count; all violation of Title 18, United States Code, Section 371.

## COUNTS TWO - SIX

### (FALSE STATEMENTS TO PURCHASE FIREARMS – BATTLE)

**THE GRAND JURY FURTHER CHARGES THAT:**

1.  The General Allegations of Count One are hereby incorporated into this count as if fully set forth herein.

2.  On or about the following dates, in the Middle District of Georgia, and within the jurisdiction of this Court, defendant **HANNIBAL BATTLE**, aided, abetted, counseled and commanded by, **QUENTON HART a/k/a "Q-BALL," GAVIN MARSHALL a/k/a "GHOST" and KEVIN WOODLAND** and others, in connection with the acquisition of the following firearms from the following federally licensed firearms dealers, did knowingly and willfully make false and fictitious written statements, to wit: that he was the buyer and true purchaser of all of the firearms purchased, when in fact the firearms were purchased for **GAVIN MARSHALL a/k/a "GHOST" and KEVIN WOODLAND**, which statements were intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale of said firearms, as follows:

| COUNT | DATE | FFL | FIREARMS | LOCATION OF SALE |
|---|---|---|---|---|
| 2 | 01/15/07 | Macon Pawn and Gun, Macon, GA | a. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X746239<br>b. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X747148<br>c. Hi-Point, Model C. 9mm semiauotmatic pistol, serial number P1337637 | Macon, GA |
| 3 | 01/27/07 | Macon Pawn and Gun, Macon, GA | a. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X748729<br>b. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X746237<br>c. Smith & Wesson, Model Sigma .40 caliber semiautomatic pistol, serial number PBT6748<br>d. Masterpiece Arms, Model MPA30 9mm semiautomatic pistol, serial number B3286 | Macon, GA |
| 4 | 02/06/07 | Macon Pawn and Gun, Macon, GA | a. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X748965<br>b. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X748635<br>c. Smith & Wesson, Model Sigma 9mm semiautomatic pistol, serial number PDN0618<br>d. Smith & Wesson, Model Sigma 9mm semiautomatic pistol, serial number TBP3731<br>e. Weihrauch-Hermann, .38 caliber revolver, serial number 1063002<br>f. Cobra, Model CA-380, .380 caliber semiautomatic pistol, serial number CP030187<br>g. Cobra, Model FS-380, .380 caliber semiautomatic pistol, serial number CP030176<br>h. Masterpiece Arms, Model MPA30 9mm semiautomatic pistol, serial number F1440 | Macon, GA |

| COUNT | DATE | FFL | FIREARMS | LOCATION OF SALE |
|---|---|---|---|---|
| 5 | 02/10/07 | Macon Pawn and Gun, Macon, GA | a. Iberia Firearms, Model JCP40 .40 caliber semiautomatic pistol, serial number X748966<br>b. Taurus, Model PT24/7, .45 caliber semiautomatic pistol, serial number NXL43908<br>c. Smith & Wesson, Model Sigma .40 caliber semiautomatic pistol, serial number PDW6869<br>d. Taurus, Model PT140, .40 caliber semiautomatic pistol, serial number SZL54648<br>e. Masterpiece Arms, Model MPA30 9mm semiautomatic pistol, serial number F1441<br>f. Masterpiece Arms, Model MPA30 9mm semiautomatic pistol, serial number B4077<br>g. Cobra, Model CA-380, .380 caliber semiautomatic pistol, serial number CP030058 | Macon, GA |
| 6 | 02/15/07 | Macon Pawn and Gun, Macon, GA | a. Masterpiece Arms, Model MPA30 9mm semiautomatic pistol, serial number F1494<br>b. Masterpiece Arms, Model M10 .45 caliber semiautomatic pistol, serial number A4208 | Macon, GA |

in violation of Title 18, United States Code, Section 922(a)(6).

## COUNTS SEVEN and EIGHT

### (FALSE STATEMENTS TO PURCHASE FIREARMS – SANDIFER)

THE GRAND JURY FURTHER CHARGES THAT:

1. The General Allegations of Count One are hereby incorporated into this count as if fully set forth herein.

2. On or about the following dates, in the Middle District of Georgia, and within the jurisdiction of this Court, defendant **DARREN SANDIFER**, aided, abetted, counseled and commanded by **QUENTON HART a/k/a "Q-BALL," GAVIN MARSHALL a/k/a**

-8-

"GHOST" and KEVIN WOODLAND and others, in connection with the acquisition of the following firearms from the following federally licensed firearms dealers, did knowingly and willfully make false and fictitious written statements, to wit: that he was the buyer and true purchaser of all of the firearms purchased, when in fact the firearms were purchased for GAVIN MARSHALL a/k/a "GHOST" and KEVIN WOODLAND, which statements were intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale of said firearms, as follows:

| COUNT | DATE | FFL | FIREARMS | LOCATION OF SALE |
|---|---|---|---|---|
| 7 | 02/03/07 | Pawn Max, Macon, GA | a. Cobra, Model FS-380, .380 caliber semiautomatic pistol, serial number FS018092<br>b. Cobra, Model FS-380, .380 caliber semiautomatic pistol, serial number FS016517<br>c. Ruger, Model P95, 9mm semiautomatic pistol, serial number 311-41119<br>d. Taurus, Model PT 140 .40 caliber semiautomatic pistol, serial number SSL57349 | Macon, GA |
| 8 | 02/03/07 | Howard's Pawn, Macon, GA | a. HiPoint, Model C9, 9mm semiautomatic pistol, serial number P1315665<br>b. HiPoint, Model C9, 9mm semiautomatic pistol, serial number P1298288<br>c. HiPoint, Model CF380, .380 caliber semiautomatic pistol, serial number P855498<br>d. HiPoint, Model CF380, .380 caliber semiautomatic pistol, serial number P855912<br>e. HiPoint, Model C9, 9mm semiautomatic pistol, serial number P1315666<br>f. Romarm/Cugir, 7.62 rifle, serial number AP-3230-68 | Macon, GA |

in violation of Title 18, United States Code, Section 922(a)(6).

04/14/2008 08:54   4787528210   USMS M/GA WARRANTS   PAGE 13/14

A TRUE BILL.

*[signature]*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

*[signature]*
MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 13th day of Feb., AD 2008.

_____
Clerk

-10-