Return Copy
Rev 1/07

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

**FILED**

JUN 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date:  05/22/08

Address of Other Court:  USDC Middle District of Georgia
475 Mulberry Street
Suite 216
Macon, GA 31202

RE: CR  08-M-261-01  USA  v.  Marshall

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☐ | Warrant of Removal |
| ☐ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☑ | Personal Surety Bond | | |
| ☑ | Other: Blotters filed on 04/16/08 & 5/16/08 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk