UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

JUN 24 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES

vs.

GAVIN MARSHALL

CRIMINAL NO. _____

MAGISTRATE NO. 08-261-M-01

### ORDER FOR RETURN OF CASH DEPOSIT

IT APPEARING TO THE COURT that the $1500.00 Court Appearance Bond executed in the above-entitled case on the 15th day of April, 20 08, was discharged on the 16th day of May, 20 08.

It is this 20th day of June, 20 08, ORDERED that the cash deposit in the amount of $1500.00 be returned to Carnetta Nicole Benjamin by the Clerk of this Court.

_____
JUDGE

CHECKED BY:

CRIMINAL DIVISION: AS on 6/20/08

FINANCE OFFICE: TMF on 6/25/08